IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DIANE MORBACH, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV170 |
| | ) | |
| v. | ) | |
| | ) | |
| HENNINGSEN FOODS, INC., and Q.P. CORPORATION, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on plaintiff's motion to dismiss, without prejudice, her second cause of action (RICO) claim(s), 18 U.S.C. § 1962. The court has reviewed the motion and finds it should be granted.

THEREFORE, IT IS ORDERED that plaintiff's motion to dismiss without prejudice, Filing No. 17, is granted.

DATED this 24th day of June, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge