# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DIANE MORBACH,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**HENNINGSEN FOODS, INC., et al.,** )<br>)<br>**Defendants.** ) | **8:09CV170**<br><br>**ORDER** |

This matter is before the court on the letter request of the defendant, Q.P. Corporation. The defendant requests that the planning conference scheduled for November 16, 2009, at 10:00 a.m. be rescheduled and held on November 30, 2009, at 2:00 p.m. Upon consideration,

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is rescheduled to **November 30, 2009, at 2:00 p.m. Central Standard Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 9th day of November, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge